**Gys Jansen VAN BEEK; et al., Plaintiff—Appellant,**

v.

**UNITED STATES of America; et al., Defendant—Appellee,**

No. 02–35823.

United States Court of Appeals, Ninth Circuit.

Submitted May 12, 2003.*

Decided May 20, 2003.

Before: PREGERSON, REINHARDT, and GRABER, Circuit Judges.

## MEMORANDUM **

Gys Jansen Van Beek and Zwaantje Jansen Van Beek appeal from the district court's denial of their motion to vacate a civil judgment of quiet title pursuant to Fed.R.Civ.P. 60(b)(4). We have jurisdiction pursuant to 28 U.S.C. § 1291. We review for abuse of discretion, *see Maraziti v. Thorpe,* 52 F.3d 252, 253–54 (9th Cir.1995), and may affirm on any basis finding adequate support in the record, *see Smith v. Block,* 784 F.2d 993, 996 n. 4 (9th Cir.1986). We affirm.

courts of this circuit except as provided by Ninth Circuit Rule 36–3.

\* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2). Accordingly, Jarvill's request for oral argument is denied.

\* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

\*\* This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.

Because the district court entered a judgment and decree of quiet title in this case in 1993, which this court affirmed in 1995, the Van Beeks failed to move to reopen this case within a reasonable time. *See* Fed.R.Civ.P. 60(b); *McKinney v. Boyle*, 447 F.2d 1091, 1093 (9th Cir.1971) (holding that a delay of more than four years was unreasonable).

**AFFIRMED.**

---

\* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2). Accordingly, appellants' request for oral argument is denied.

\*\* This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.